IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

       Plaintiff,     :     Case No. 1:17-cr-089
                                                        Also Case No. 1:22-cv-00541

-vs-

                                                      District Judge Susan J. Dlott
KEYSEAN DEARIS DICKEY,                  Magistrate Judge Michael R. Merz

       Defendant.     :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 339), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 308) be DENIED with prejudice.  Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

April **24**, 2024.

                                                           _____
                                                              Susan J. Dlott
                                                             United States District Judge